## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BARBARA K. RIFKEN | ) | BANKRUPTCY NO. 12 B 45634 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| JOSEPH R. VOILAND, TRUSTEE | ) | |
| | ) | |
| v. | ) | ADVERSARY NO. 13-00922 |
| | ) | |
| Plaintiff. | ) | |
| | ) | Honorable Judge Carol A. Doyle |
| | ) | presiding |
| VILLAGE OF PALATINE | ) | |
| | ) | (Kane County Courthouse |
| Defendant. | ) | 100 S. 3rd Street, Courtroom 240 |
| | ) | Geneva, Illinois 60134) |

## VILLAGE OF PALATINE'S ANSWER TO COMPLAINT FOR TURNOVER

The Village of Palatine (the "Village"), by its attorneys, Schain, Burney, Banks & Kenny, Ltd. files this its Answer to Plaintiff's Complaint for Turnover and states as follows:

1. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C., §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

**ANSWER:**    Admit.

2. This complaint initiates a core proceeding pursuant to 28 U.S.C., §157(b)(2)(H).

**ANSWER:**    Admit.

1

3. Venue in this District is proper pursuant to 28 U.S.C., §1409(a) and that this proceeding is commenced in the same District as the related Chapter 7 bankruptcy case.

**ANSWER:** Admit.

4. On November 19, 2012, the Debtor, Barbara K. Rifken filed a petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

**ANSWER:** Admit.

5. This case was converted to a case under Chapter 7 of the Bankruptcy Code on April 17, 2013.

**ANSWER:** Admit.

6. That Joseph R. Voiland is the duly qualified and acting Trustee in the above pending bankruptcy proceeding.

**ANSWER:** Admit.

7. That at the time Debtor filed her voluntary petition in bankruptcy and prior thereto, Debtor was employed by the Village of Palatine.

**ANSWER:** Admit.

8. That at the time Debtor filed her petition in bankruptcy, Debtor had accumulated unpaid sick time and vacation time having a value of $16,856.00.

**ANSWER:** The Village admits that the Debtor had accrued unused vacation and sick time, but denies that the Debtor had any right to the cash value of said time.

9. The value of said accrued vacation time and sick time constitutes property of this Bankruptcy estate under the provisions of §542 of the Bankruptcy Code.

**ANSWER:** The Village denies that said accrued vacation time and sick time constitutes property of this Bankruptcy estate.

10. The Trustee has made demand upon the Defendant to turnover the value of all sick time and vacation time accrued by the Debtor but Defendant has failed to do so.

**ANSWER:** Admit that the Trustee has made demand upon the Village, but the Village denies that it was under any legal obligation to remit such sums to the Trustee.

11. In accordance with the provisions of §542 of the Bankruptcy Code, Joseph R. Voiland, Trustee seeks an Order directing Defendant to turnover the sum of $16,856.00.

**ANSWER:** This paragraph constitutes a legal conclusion and therefore no answer is required. To the extent an answer is required, the Village denies.

WHEREFORE, the defendant, Village of Palatine, respectfully requests that this Court dismiss the Complaint filed by Joseph R. Voiland, as Trustee for the Bankruptcy Estate of Barbara K. Rifken, with prejudice, and grant such further and other relief as this Court deems just and proper.

Respectfully submitted,

**VILLAGE OF PALATINE**,


By:   /s/ Michael R. Burney
       One of Its Attorneys

Patrick T. Brankin (ARDC No. 6228896)
Michael R. Burney (ARDC No. 6302982)
Schain, Burney, Banks & Kenny, Ltd.
70 W. Madison Street, Suite 4500
Chicago, Illinois 60602
Phone:    (312) 345-5700
Fax:        (312) 345-5701

F:\MRB\VILLAGE OF PALATINE\BANKRUPTCY\RIFKEN\2013-07-22 ANSWER TO COMPLAINT.DOCX